CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 03 2015

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| AXIO POWER, INC., </br> </br>Plaintiff, </br> </br>v. </br> </br>SUN EDISON, LLC, </br> </br>Defendant. | Civil Action No. 3:15CV00005 </br> </br>**ORDER OF DISMISSAL** </br> </br>By:  Hon. Glen E. Conrad </br>       Chief United States District Judge |

The court has before it the plaintiff's notice of voluntary dismissal, filed pursuant to Rule 41 of the Federal Rules of Civil Procedure, no answer or motion for summary judgment having been filed in the case.

It is accordingly

**ADJUDGED and ORDERED**

that the above-styled matter be **DISMISSED** without prejudice, and this case is stricken from the active docket of this court.

The clerk is directed to send a certified copy of this order to all counsel of record.

Enter this 3rd day of March, 2015.

_/s/ Glen E. Conrad_
Chief United States District Judge